UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | **INDICTMENT** CR 14-362 DWF/SER |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 922 (g)(1) |
| v. | ) | 18 U.S.C. § 924 (d)(1) |
| | ) | 18 U.S.C. § 924 (e) |
| | ) | 28 U.S.C. § 2461 (c) |
| PRENTISS ANTHONY CRUMBLE, | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Felon in Possession of a Firearm – Armed Career Criminal)

On or about October 21, 2014, in the State and District of Minnesota, the defendant,

**PRENTISS ANTHONY CRUMBLE,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year, and at least three of which were violent felonies or serious drug offenses committed on occasions different from one another, namely,

| OFFENSE | JURISDICTION OF CONVICTION | DATE OF CONVICTION (on or about) |
| --- | --- | --- |
| Assault – Second Degree | Ramsey County, MN | 03/11/2010 |

SCANNED
NOV 12 2014
U.S. DISTRICT COURT MPLS

U.S. v. Prentiss Anthony Crumble

| Burglary – Second Degree | Ramsey County, MN | 11/02/2012 |
| --- | --- | --- |
| Burglary – Second Degree | Ramsey County, MN | 03/08/2013 |

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a Kahr Arms, Model CW40, .40 caliber semi-automatic pistol, bearing an obliterated serial number in violation of Title 18, United States Code, Sections 922(g)(1) and 924 (e).

U.S. v. Prentiss Anthony Crumble

# FORFEITURE ALLEGATIONS

If convicted of Count 1 of this indictment, the defendant,

**PRENTISS ANTHONY CRUMBLE,**

shall forfeit to the United States any firearms and ammunition involved in or used in connection with the violation including, but not limited to a Kahr Arms, Model CW40, .40 caliber semi-automatic pistol, bearing an obliterated serial number, and all associated accessories and other ammunition, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                                    FOREPERSON

3